Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

POUPAK BAREKAT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POUPAK BAREKAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LES AMIS RESTAURANT & LOUNGE INC., a California corporation; FREDERIK MOEHRING, an individual; ANN GRIBBEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01587-CJC-KES<br><br>Hon. Cormac J. Carney<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: August 25, 2020<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Poupak Barekat ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : October 28, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Poupak Barekat

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE